IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAWN BROSSOIE, JAMES BROSSOIE** | : CIVIL ACTION :  : |
| v. | : NO. 23-1879 : |
| **PEN RYN MANSION, PEN RYN ESTATE, JOHN DOES I-V, JOHN DOE COMPANIES VI-X** | : : : |

## ORDER

**AND NOW**, this 10th day of October 2023, upon considering plaintiffs' stipulation of dismissal (DI 10), it is **ORDERED** the stipulation (DI 10) shall not dismiss the case because an answer has been filed (DI 5) and the stipulation requires signature of all parties under Rule 41(a)(1)(A)(ii).

_____
**MURPHY, J.**