IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAWN BROSSOIE, JAMES BROSSOIE** | : CIVIL ACTION |
| v. | : NO. 23-1879 |
| **PEN RYN MANSION, PEN RYN ESTATE, JOHN DOES I-V, JOHN DOE COMPANIES VI-X** | : |

## ORDER

**AND NOW**, this 20th day of November 2023, upon considering the parties' Stipulation of dismissal (DI 13), it is **ORDERED** the parties' Stipulation of dismissal (DI 13) is **APPROVED** and the Clerk of Court shall **close** this case.

_/s/ John F. Murphy_
**MURPHY, J.**